**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | |
| Plaintiff, | CIVIL ACTION FILE |
| NAJLA SALAAM | NO. 1:11-cv-3223-JOF |
| Intervenor Plaintiff, | |
| vs. | |
| K & J ROSWELL, LLC, d/b/a the Titled Kilt, | |
| Defendant. | |

### DEFAULT JUDGMENT

This action having come before the court, the Honorable J. Owen Forrester, United States District Judge, for consideration of the magistrate's report and recommendation, and the court having **ADOPTED** the magistrate's report and recommendation and **GRANTED IN PART** and **DENIED IN PART** the Motion for Default Judgment, it is hereby

**ORDERED AND ADJUDGED**, that the defendant pay intervenor plaintiff, Najla Salaam, $50,000 in punitive damages.

Dated at Atlanta, Georgia this 11th day of April, 2013.

JAMES N. HATTEN
CLERK OF COURT

By:   s/ James Jarvis
        Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
   April 11, 2013
James N. Hatten
Clerk of Court

By:   s/ James Jarvis
        Deputy Clerk